In the Matter of the Petition of JACOB LEVENSON to Render and Settle His

Account as Administrator, etc., of ARON LEVENSON, Deceased. JACOB LEVENSON, Individually and as Administrator, etc., of ARON LEVENSON, Deceased, and Others, Appellants; KATE LEVENSON and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs payable by appellants personally. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.